(120 So. 926)
Ace High PEEBLES v. STATE.   (8 Div. 707.)

Court of Appeals of Alabama.   Feb. 5, 1929.

SAMFORD, J.   Affirmed.

■

(122 So. 925)
Hugh PEEBLES v. STATE.   (8 Div. 823.)

Court of Appeals of Alabama.   May 21, 1929.

RICE, J.   Affirmed.

■

(121 So. 924)
R. M. PENNINGTON v. STATE.   (6 Div. 474.)

Court of Appeals of Alabama.   Dec. 11, 1928.

Rehearing Denied Jan. 22, 1929.

RICE, J.   Affirmed.

■

(126 So. 926)
Howard PENNY v. STATE.
8 Div. 908.

Court of Appeals of Alabama.
Feb. 18, 1930.

RICE, J.

Illegal possession of prohibited liquor.

Appellant offered no testimony. He made no motion for a new trial. There are no questions apparent for our decision, other than the one of whether or not it was error to refuse to give, at appellant's request, the general affirmative charge in his favor. After a careful reading of the testimony, we are not persuaded that there was *no* evidence of his guilt. In this situation the said general affirmative charge was properly refused.

The judgment of conviction is affirmed.

Affirmed.

■

(128 So. 923)
H. R. PENNY v. STATE.
6 Div. 727.

Court of Appeals of Alabama.
May 13, 1930.

RICE, J.
Appeal dismissed.

■

(128 So. 923)
Mack PETTY v. STATE.
8 Div. 961.

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Appeal dismissed.